IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF     CV 10 80 007 MISC

Gregory John Tokarczyk - #150924

_____/

**ORDER TO SHOW CAUSE**

It appearing that Gregory John Tokarczyk has been suspended for six months by the Supreme Court of California effective November 5, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before March 2, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Gregory John Tokarczyk
Attorney At Law
1405 Regent Street, #5
Redwood City, CA 94061