IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:  No CV 10 80007 MISC VRW

Gregory John Tokarczyk,  ORDER

State Bar No 150924

_____/

On January 19, 2010, the court issued an order to show cause (OSC) why Gregory John Tokarczyk should not be removed from the roll of attorneys authorized to practice law before this court, based upon his suspension by the State Bar of California for a period of six months, effective November 5, 2009.

The OSC was mailed to Mr Tokarczyk's address of record with the State Bar on January 21, 2010, but was returned by the post office as undeliverable. A written response was due on or before March 2, 2010. No response to the OSC has been filed as of this date.

The court now orders Gregory John Tokarczyk removed from the roll of attorneys authorized to practice before this court until such time as he petitions for reinstatement following the expiration of his suspension.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE

GREGORY JOHN TOKARCZYK

State Bar No. 150924

_____/

Case Number: CV10-80007 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory John Tokarczyk
1405 Regent Street
No. 5
Redwood City, CA 94061

Dated: March 8, 2010

Richard W. Wieking, Clerk

*Frank Justiliano*

By: Frank Justiliano, Deputy Clerk